IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00508-MOC-DSC

| | |
|---|---|
| EARTHELL LATTA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| MARTIN MARIETTA MATERIALS INC., | ) ) ) ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Michael Allen Birrer]" (document #5) filed November 16, 2021. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: November 16, 2021

*/s/ David S. Cayer*
David S. Cayer
United States Magistrate Judge